# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

March 26, 2012

143965

JOY L. EBERLINE,
        Plaintiff-Appellant,

and

WAYNE JOHNSON,
        Plaintiff,

and

FARM BUREAU MUTUAL INSURANCE
COMPANY,
        Intervening Plaintiff,

v

NATIONAL CITY MORTGAGE, INC. and
DEFAULT SERVICING, INC.,
        Defendants-Appellees,

and

DISTRESS SERVICES and GENE ESSE,
        Defendants/Cross-Defendants,

and

MICHAEL AYOUB d/b/a REMAX TEAM
2000,
        Defendant/Cross-Plaintiff,

and

MUSTAPHA ESSE,
        Defendant.
_____/

SC: 143965
COA: 292022
Livingston CC: 06-022513 NZ

On order of the Court, the application for leave to appeal the July 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

h0319